UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | : | CASE NO. 21-13270-PDR |
| Joan Delisser, | : | |
| | : | CHAPTER 11 |
| Debtor.        / | | |

### UNITED STATES TRUSTEE'S EXPEDITED MOTION TO DISMISS OR CONVERT CASE

Nancy J. Gargula, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b), respectfully moves this Court to enter an order dismissing or converting this chapter 11 case and in support respectfully states as follows:

1. Joan Delisser (the "Debtor") filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on April 5, 2021.

2. The Debtor's Bankruptcy Schedules list three parcels of residential real property, two located in New York state and the third in Miramar, Florida (the "Properties").

3. The Debtor's Statement of Financial Affairs lists three foreclosure actions, two in Florida and one in New York. The Statement of Financial Affairs does not indicate which properties the foreclosure actions pertain to.

4. On April 7, 2021, the Office of the United States Trustee sent the Debtor, through its counsel, email correspondence scheduling an Initial Debtor Interview for April 14, 2021 at 10:30 a.m., and requesting certain information in accordance with the United States Trustee Operating Guidelines and Reporting Requirements, including proof of insurance for the Property (the "Guidelines") to be provided no later than April 19, 2021.

5. On the morning of the scheduled Initial Debtor Interview, the Debtor had not provided any of the Guideline documents or proof of insurance.

6. On May 7th, 2021, the Office of the United States Trustee sent the Debtor, through its counsel, email correspondence reminding the Debtor that the UST Guideline documents and particularly the insurance documents for all three Properties remained outstanding. The Office of the United States Trustee gave a furthered deadline of May 12, 2021, to comply. The United States Trustee did not receive a response from Debtor's counsel.

7. On May 12, 2021, the Office of the United States Trustee for the third time sent the Debtor, through its counsel email notice that no Guideline documents or proof of insurance had been received. Debtor's counsel replied stating for the first time that all three Properties had force placed insurance and the Debtor needed a copy of the force placed insurance to obtain general liability insurance. Undesigned counsel informed the Debtor that this was not acceptable, and that force placed insurance only protects the lender and not the estate. The Debtor was allowed yet another extension of time, May 17, 2021, to provide the insurance and Guideline documents.

8. On the afternoon of May 17, 2021, Debtor's counsel emailed undersigned requesting yet another extension of the deadline to produce documents and provide insurance. The United States Trustee responded by filing the instant motion.

9. The Debtor has not provided proof of insurance for the Properties or provided the United States Trustee with all of the Guideline documents requested.

10. Pursuant to 11 U.S.C. § 1112(b)(4)(C), failure to maintain appropriate insurance that poses a risk to the estate or to the public is sufficient grounds to convert or dismiss the case.

11. Pursuant to 11 U.S.C. § 1112(b)(4)(H), failure to timely provide information or attend meetings reasonably requested by the United States Trustee is sufficient grounds to convert

or dismiss this case.

12. The foregoing factors are indicative of the Debtor's inability to manage its affairs and effectively maneuver through the reorganization process. There appears an absence of a reasonable likelihood of rehabilitation and an unlikely ability to effectuate a plan, and therefore, it is in the best interest of creditors and the estate that this case be converted or dismissed pursuant to 11 U.S.C. § 1112(b).

WHEREFORE, the United States Trustee respectfully the entry of an order dismissing or converting this case, and for any other and further relief that this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: May 18, 2021.                                  NANCY J. GARGULA
                                                      United States Trustee

                                                      By: /s/ *Adisley M. Cortez-Rodriguez*
                                                      Adisley M. Cortez-Rodriguez Esq.
                                                      Florida Bar No. 0091727
                                                      Office of the United States Trustee
                                                      51 S.W. First Avenue Suite 1204
                                                      Miami, FL 33130
                                                      Tel: (305) 536.666; (202) 567-1574
                                                      Adisley.M.Cortez-Rodriguez@usdoj.gov


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 18, 2021, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served on all parties in interest participating in the CM/ECF system:

- Mark S. Roher, Esq. mroher@markroherlaw.com; ECF2.markroherlaw@gmail.com
- Steven G. Powrozek, Esq. spowrozek@logs.com
- Gregg S. Ahrens, Esq. gahrens@kahaneandassociates.com

3

Via First class mail to:

Riviera Master Isles Association, Inc.,
150 S. Pine Island Road, Ste 540,
Plantation, FL 33324-2667

San Marco Village HOA, c/o Popular Community Bank,
PO Box 154150,
Miami, FL 33101

Select Portfolio Servicing,
PO Box 65250,
Salt Lake City, UT 84165-0250

Stacy Walker
1475 SW 157th Ave.,
Miramar, FL 33027-2383

                                           By: */s/ Adisley M. Cortez-Rodriguez*
                                           Adisley M. Cortez-Rodriguez Esq.